AO 91 (Rev. 01/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Roman Lyakhov, Egor Kupryakov, Sofiya Birzhina and Ekaterina Legoshina | ) Case No. 12-436(M) |
| | ) |
| Defendant | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of  03/29/2012  in the county of  San Juan  in the  Judicial  District of  Puerto Rico , the defendant violated  49  U. S. C. §  46504 , an offense described as follows:

the defendants, Roman Lyakhov, Egor Kupryakov, Sofiya Birzhina and Ekaterina Legoshina, on an aircraft in the special aircraft jurisdiction of the United States, namely Delta airplane, flight number 315, traveling from John F. Kennedy airport in New York to San Juan, Puerto Rico, did knowingly interfere with the performance of the duties of the flight crew members and/or flight attendants of the aircraft, or lessen the ability of the members or attendants to perform those duties, by intimidating the flight attendants and flight crew members, specifically,by refusing to follow the instructions and directions given by the fligth crew.

All in violation of Section 46504 of Title 49 of the United States Code

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

FBI Special Agent Cara D. McBrayer
Printed name and title

Sworn to before me and signed in my presence.

Date:  03/30/2012

_____
Judge's signature

City and state:  San Juan, Puerto Rico

United States Magistrate Judge Sylvia Carreno
Printed name and title