IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

    Plaintiff

    vs.

EKATERINA LEGOSHINA

    Defendant

MAGISTRATE NO. 12-436-04M (SCC)

## JUDGMENT OF DISMISSAL

It appearing that defendant has been charged of the offenses of: **Interference with Flight Crew Members and Attendants.** All in violation of Title 49 United States Code, Sections 46504.

It further appearing that defendant is now entitled to be discharged for the reason that:

    [ ]  The Court has granted defendant's Motion for Judgment of Acquittal, pursuant to Rule 20(a) of the Federal Rules of Criminal Procedure;

    [ ]  The Court has granted government's Motion for Dismissal without prejudice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure;

    [ ]  The Court has entered a finding of Not Guilty after a Court trial and after execution by the defendant of a waiver of jury and its approval by the Court;

    [X]  The Court has dismissed the charges for unnecessary delay, pursuant to Rule 48(b) of the Federal Rules of Criminal Procedure.

It is therefore **ORDERED** and **ADJUDGED** that the defendant be, and is hereby **DISMISSED without prejudice**.

In San Juan, Puerto Rico, this 16th day of April, 2012.

                                                            s/ *Silvia Carreño-Coll*
                                                            SILVIA CARREÑO-COLL
                                                            U.S. Magistrate Judge